UNITED STATES, Appellee

v

DAVID H. MOFFETT, Hospitalman Third Class,
U. S. Navy, Appellant

16 USCMA 189, 36 CMR 345

No. 19,129

April 8, 1966

*Captain L. G. Bohlen,* USMC, argued the cause for Appellant, Accused.
*Colonel J. E. Hanthorn,* USMC, argued the cause for Appellee, United
States. *Lieutenant Jean E. Van Slate,* USNR, was on the pleadings for
Appellee, United States.

## Opinion of the Court

FERGUSON, Judge:

This case involves precisely the same issue as United States v Kugima, 16 USCMA 183, 36 CMR 339, this day decided: Whether Colonel Andrew I. Lyman was authorized to act as the Commanding Officer, Third Marine Division, and thus appoint the general court-martial which tried and sentenced the accused. For the reasons set forth in United States v Kugima, supra, we find that he occupied the stated capacity during the period in question.

The decision of the board of review is affirmed.

Chief Judge QUINN and Judge KILDAY concur.